UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-02094-MMM(AGRx) | Date | September 28, 2009 |
|---|---|---|---|

| Title | Allstar Marketing Group, LLC, et al vs. Your Store on Line, LLC, et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sara Useff<br>Lynda Zadra-Symex | Thomas O'Leary |

**Proceedings:**     SCHEDULING CONFERENCE

    The parties are ordered to a private mediator based upon a stipulation of the parties to be completed no later than June 1, 2010.  See Order/Referral to ADR Pilot Program.

    After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Deadline to file motions/stipulations seeking amendment of pleadings: | October 26, 2009 |
| Further telephone status conference: | March 11, 2010 at 5:00 p.m. |
| Fact discovery cut-off: | April 2, 2010 |
| Initial expert disclosures: | April 16, 2010 |
| Rebuttal expert disclosures: | April 30, 2010 |
| Expert discovery cut-off: | May 14, 2010 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | June 14, 2010 at 10:00 a.m. |
| Pretrial Conference:<br>**(Including motions in limine)** | July 12, 2010 at 9:00 a.m. |
| Jury Trial: | August 24, 2010 at 8:30 a.m. |

    Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**.  If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.

                                                                                                                                                              00  :  07
CV-90 (12/02)                                **CIVIL MINUTES - GENERAL**                        Initials of Deputy Clerk AH